# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMANUELLA CHERISME** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 15-6420** |
| **v.** | : | |
| | : | |
| **AIDS CARE GROUP** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 26th day of July 2016, upon consideration of Defendant's *motion to dismiss*, [ECF 4], Plaintiff's response in opposition thereto, [ECF 6], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to dismiss is **GRANTED**, without prejudice. Plaintiff may file an amended complaint, addressing the inadequacies noted in the Memorandum Opinion, within twenty-one (21) days from the docketing of the Memorandum Opinion and this Order.


BY THE COURT:


<u>/s/ *Nitza I. Quiñones Alejandro*</u>
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

1